```
 1  BARRY J. PORTMAN
    Federal Public Defender
 2  REBECCA SULLIVAN SILBERT
    Assistant Federal Public Defender
 3  555 - 12th Street
    Suite 650
 4  Oakland, CA 94607-3627
    Telephone: (510) 637-3500
 5
    Counsel for Defendant HARIRI
 6
```

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. CR-03-40153 WDB |
|---|---|
| Plaintiff, | ) STIPULATION AND ORDER RE KAMBIZ HARIRI |
| vs. | ) |
| KAMBIZ HARIRI, | ) |
| Defendant. | ) |

In response to a request from Mr. Hariri, the parties stipulate as follows:

1. On April 8, 2004, the Court sentenced Mr. Hariri to three years probation, plus a $25 special assessment and a $500 fine, for violating 18 U.S.C. § 2243(b), a class A misdemeanor. The case arose from inappropriate sexual conduct between Mr. Hariri and a woman, while Mr. Hariri was employed by the Bureau of Prisons at the Federal Correctional Institution in Dublin, California, and the woman was an inmate in the same institution.

2. Title 18, Section 2243(a), Sexual Abuse of a Minor, is a different crime than § 2243(b), Sexual Abuse of a Ward. Mr. Hariri was convicted of violating § 2243(b), Sexual Abuse of a Ward. He was not charged with and was not convicted for violating § 2243(a),

1

cc: WDB's Stats, Copy to parties via ECF, Probation, Deft. Kambiz Hariri via e-mail

Sexual Abuse of a Minor.

3. Two different dates of birth appear on the rap sheet for the victim woman. The government believes that she was 25 at the time of the incident that led to Mr. Hariri's conviction. However, it is also possible that she was 24, if her alternate date of birth is correct. Either way, she was not a minor.

4. Mr. Hariri paid his special assessment and fine. According to the United States Probation Officer, Mr. Hariri fully complied with the terms of his probation, and completed his term of probation on April 7, 2007.

SO STIPULATED AND SWORN

Date: 3/11/09

_____
Rebecca Silbert
Assistant Federal Public Defender
Counsel for Mr. Rhee

Date: 3/11/09

_____
Doug Sprague
Assistant United States Attorney

Date:

_____
Charlie Mabie
United States Probation Officer

The above facts have been submitted to the Court by sworn stipulation and are so established.

Dated:

_____
Honorable Wayne D. Brazil
Magistrate Judge, United States District Court

2

Sexual Abuse of a Minor.

3. Two different dates of birth appear on the rap sheet for the victim woman. The government believes that she was 25 at the time of the incident that led to Mr. Hariri's conviction. However, it is also possible that she was 24, if her alternate date of birth is correct. Either way, she was not a minor.

4. Mr. Hariri paid his special assessment and fine. According to the United States Probation Officer, Mr. Hariri fully complied with the terms of his probation, and completed his term of probation on April 7, 2007.

SO STIPULATED AND SWORN

Date: 3/11/09

Rebecca Silbert
Assistant Federal Public Defender
Counsel for Mr. Rhee

Date:

Doug Sprague
Assistant United States Attorney

Date:

Charlie Mabie
United States Probation Officer

The above facts have been submitted to the Court by sworn stipulation and are so established.

Dated: March 20, 2009

GRANTED
Judge Wayne D. Brazil

Honorable
Magistrate Judge, United States District Court

2